# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

KATHLEEN LAWS GARRETT

**EXHIBIT AND WITNESS LIST**

Case Number: 2:12-CR-21 (2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DENNIS H. INMAN | SUZANNE KERNEY-QUILLEN | WILLIAM L. RICKER |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| DETENTION HEARING 3/19/2013 | KAREN J. BRADLEY | CONNIE LAMB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 3/19/13 | | | **CHRIS BIVENS** |
| | W | " | | | **DEBORAH ANN SHELTON** |
| 1 | | " | √ | √ | CD of audio recordings |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.