# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 2:13-CR-21 |
| | ) |
| KATHLEEN LAWS GARRETT | ) |

## SENTENCING MEMORANDUM

Comes now the United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence report prepared by U.S. Probation establishes the advisory guideline range to be 51 to 63 months. The government concurs that this is the applicable advisory range and believes this range adequately considers the sentencing factors enumerated in 18 U.S.C. § 3553(a). The United States objects to any departure or variance from the correctly calculated sentencing guideline range.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: s/ *M. Suzanne Kerney-*
M. SUZANNE KERNEY-QUILLEN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN  37743
423/639-6759

## CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2013, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                By: s/ *M. Suzanne Kerney-Quillen*
                   M. SUZANNE KERNEY-QUILLEN
                   Assistant U.S. Attorney